IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT M. JACKSON                                              PLAINTIFF

v.                          No. 3:23-cv-161-DPM

SOCIAL SECURITY
ADMINISTRATION,
Commissioner                                                   DEFENDANT

## JUDGMENT

The Commissioner's decision is reversed, and the claim is remanded for further administrative review. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101-02 (1991).

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 April 2024