IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT M. JACKSON**                                                     PLAINTIFF

v.                              No. 3:23-cv-161-DPM

**SOCIAL SECURITY
ADMINISTRATION,
Commissioner**                                                            DEFENDANT

### ORDER

The parties agree that Jackson is entitled to an award of attorney's fees. Jackson's motion, *Doc. 17*, is therefore granted. The hours billed and fee requested are reasonable. The Court awards $4,160 as an attorney's fee. 28 U.S.C. § 2412(d). The check must be made payable to Jackson. And it should be mailed to Jackson's lawyer.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 July 2024